[Nos. 22587–1–I; 22974–5–I. Division One. January 14, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHN DARWIN, ET AL, *Appellants.*

Appeals from a judgment of the Superior Court for Whatcom County, No. 88–1–00203–0, David A. Nichols, J., entered June 29, 1988. *Affirmed* by unpublished opinion

per Baker, J., concurred in by Webster, A.C.J., and Winsor, J. Pro Tem.